

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00129-CV

Stanton P. **BELL**, et al.,
Appellants

v.

**CHESAPEAKE ENERGY CORPORATION**, et al.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

　　Pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure, we **GRANT** the cross-petitions for permission to appeal from an interlocutory order. Cross-notices of appeal are deemed to have been filed on the date of this order and the cross-appeals will proceed as accelerated appeals. *See* TEX. R. APP. P. 28.3(k).

　　We **ORDER** the district clerk to file the clerk's record in this court on or before **April 16, 2018**. We **ORDER** the court reporter to file the reporter's record in this court on or before **April 16, 2018**.

　　We **order** the clerk of this court to file a copy of this order with the District Clerk of Bexar County, Texas. *See id.* We further **order** the clerk of this court to serve a copy of this order on the district clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court